UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-cv-430-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $217,020.00 IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's motion for a stay pursuant to 18 U.S.C § 981(g) (Doc. No. 7). The government has represented that a related criminal investigation has been opened and that civil discovery in this case will adversely affect the ability of the government to conduct the investigation or the prosecution of a related criminal case. The government also represents that the only claimant, Ryan Clark Tucker, through counsel, consents to the relief requested in this motion.

Based on the government's representations, the Court finds that civil discovery would adversely affect the ability of the government to conduct the related criminal investigation.

**IT IS THEREFORE ORDERED THAT:**

1. This case is stayed pending resolution of the related criminal investigation or further order of the Court.

2. Either party may file a motion to lift the stay.

**SO ORDERED.**

Signed: November 7, 2014

Graham C. Mullen
United States District Judge