IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00430-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| APPROXIMATELY $217,020 IN UNITED STATES CURRENCY, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the Government's Motion for Order of Dismissal (Doc. No. 9). The Government filed a Complaint for Forfeiture in Rem against approximately $217,020 on August 8, 2014. (Doc. No. 1) On October 20, 2014, the Government filed a Motion to Stay in light of a related criminal investigation (Doc. No. 7), which the Court granted on November 7, 2014 (Doc. No. 8). In the instant Motion, the Government represents that the forfeiture of the defendant property became final in a related criminal case against the only claimant in this action. (Doc. No. 9) Accordingly, the Government requests that the Court dismiss this case.

**IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED.** The Clerk of Court is respectfully requested to close this civil case.

**SO ORDERED.**

Signed: February 24, 2016

_/s/ Graham C. Mullen_
Graham C. Mullen
United States District Judge